

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 9, 2025

United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue NW
Washington, DC  20001

RE: Nadra Dunbar v. Sean Duffy
Case No: 25-5201

Dear Clerk,

I am transmitting to your court original documents received by the U.S. Court of Appeals for the Federal Circuit.  We received the document on 6/9/2025.

Should you have any questions, please contact the Clerk's Office at (202) 275-8000.

Respectfully,

J. Paul
Deputy Clerk

Enclosures: Original document

Copy (w/o encl):

Nadra Dunbar
13554 Sherwood Circle
Garfield Heights, OH  44125

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 16 2025

RECEIVED

United States District Court for the District of Columbia

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 16 2025

RECEIVED

**NADRA DUNBAR**

Plaintiff

v.                                              Civil Case No: 13-cv-0872 **(TSC)**

**Department of Transportation**
Secretary of Transportation, *

Defendant

---

**Plaintiff's Motion for Leave for Excusable Neglect for jurisdictional untimeliness to respond to Notice of Appeal in the above-cited federal case.**

**COMES NOW**, Nadra Dunbar, the Plaintiff, Pro se, informa pauperis, *henceforth referred to as*, "Plaintiff" in the above-cited federal civil case, **13-cv-0872**, *respectfully* requests leave to motion for excusable neglect for submission of Plaintiff's **Notice of Appeal** and ancillary document requirements, -- i.e. Application(s) to proceed Informa Pauperis (**IFP**), requesting waiver of filing fees and other costs, attached with a notarized Financial Affidavit, due to continuous, unduly burdensome financial conditions and temporary out-of-state relocation from this honorable court's jurisdictional venue, as *timely* previously noticed this court.

Further, Plaintiff's **Notice of Appeal** and aforementioned ancillary documents are needed to proceed in the appeal process to effectively *oppose* this court's Order, Memorandum Opinion, dated March 31, 2025 (*See. Civil Action No: 2013-0872, Dunbar v. Buttigieg, ECF Doc No. 163, Memorandum Opinion, dated March 31, 2025*) granting in error, the United States Department of Transportation, and within capacity of Secretary of Transportation, Pete Buttigieg, *henceforth referred to as*, "Defendant's" Motion for Summary Judgment in the above-caption federal civil

1/11

case, **June 6, 2013**, - initially filed over a decade ago as was permissibly Third amended, both at this court and within its proper jurisdictional venue located in Washington, DC. *Henceforth*, Plaintiff requests as motion, leave for excusable neglect due to reasonable jurisdictional untimeliness attributable to both foreseeable due to informa pauperis/indigent conditions and unforeseeable conditions (U.S. Postal Service Mail delivery) to allow Plaintiff, Pro se -- indigent, to properly appeal this court's Order, dated March 31, 2025, with current residential address delivery on and about April 21, 2025, to allow finally, justice to prevail,

*Respectfully submitted,*

/s/
Nadra Dunbar   5/5/2025
Plaintiff, Pro se "informa pauperis"
4101 East 150th Street ← (mailing address contact)
Cleveland, OH  44128
Tel: **216-921-7410** (Landline)
Email: professionaltalent25@gmail.com

---

Plaintiff was appointed informa pauperis status in *related case*, 1-23-cv-01923 (*Dunbar v. Department of Transportation,* and with his official capacity of Secretary of Transportation, Pete Buttigieg*, **filed July 3, 2023**) at this court and within its proper jurisdictional venue.

[2/11]

# District of Columbia Court of Appeals

## Appellate E-Filing System
C-Track, the browser based CMS for Appellate Courts

Login

Find Case...

**Cases**
- Case Search
- Participant Search

**Validation Error**
- The Case No. entered is not a valid case number. ✓

### E-Filing – Request Access

| Field | Value |
|---|---|
| First Name:* | Nadra |
| Middle Name/Initial: | K |
| Last Name:* | Dunbar |
| Username:* | NadraProse |
| Password:* | ●●●●●●●●●● |
| Confirm Password:* | ●●●●●●●●●● |
| Access Type:* | Pro Se Party |
| Case No.:* | 13-cv-0872 |
| E-Mail:* | careertalent25@gmail.com |
| Confirm E-Mail:* | careertalent25@gmail.com |
| Phone Number:* | 216-921-7410 |
| Foreign Address: | ☐ |
| Address Line 1:* | 4101 East 150th Street |
| Address Line 2: | |
| City:* | Cleveland |
| State:* | Ohio |
| Zip Code:* | 44128 |
| Comments: | April 15, 2025 Plaintiff, Pro se (informa pauperis) is temporarily relocated from DMV from August 2024 to present, due to compelling unprecedented reasons (i.e. homelessness) as outlined in her 106 A form waiver fee request, as also timely noticed the U.S. District Court for the District |

☑ I agree to the terms and conditions of the use of this website.

[Submit] [Cancel]

---

[ * Pursuant to online research, discovered Memorandum Opinion, dated 3/31/2025 prior to U.S. Postal Mail delivery, as delivered receipt on end about 4/21/2025 *; Plaintiff, Pro se, – indigent endeavor to e-file/email timely pursuant to receipt of court's special hard-copy delivery to timely response (IFP requests, waiving fee, Notice of Appeal; request to DC. Appeals-Judge-in-Chamber in order to proceed with Appeal Brief – timely – within 60 days – since U.S. Dept of Transportation and within capacity Secretary, U.S. Dept of Transportation are named Defendant in both Plaintiff's federal civil case – 13-CV-0872, filed June 6, 2013 AND 23-CV-1925 case filed July 3, 2023, granting "informa pauperis" status. – Nadra Dunbar, Plaintiff Pro se (addendum) ]

3/11

# EXHIBITS



### CHANGE OF MAILING ADDRESS FORM AMENDED AS PERMISSIABLE FOR PLAINTIFF'S UPDATED CONTACT INFORMATION REQUIREMENT

**COMES NOW**, <u>Nadra Dunbar,</u> Plaintiff, Pro se, informa pauperis*, *henceforth,* referred to as "Plaintiff" in the above captioned two active federal civil cases – (1) **13-cv-0872 (TSC)**, court filed on **June 6, 2013**, -- with its third amended federal civil case filed on and about April 2015 with this court's final approval in June 2015 – *nearly a decade ago,* **and** (2) **23-cv-1923 (TSC)**, Plaintiff's related federal civil case, filed on **July 3, 2023, over a decade later** –*timely,* both in-person, on site, by and through self-representation at this honorable court, proper jurisdictional venue, located at 333 Constitution Ave, NW, Washington, DC 20001. However, in and about August 15, 2024, Plaintiff, indigent and without permanent housing, *timely* noticed this court in her *continual* **good**-faith due diligent, earnest efforts – in spite of worsening unwarranted oppressive conditions timely noticed this court, of her plans to temporarily relocate from the court's jurisdictional venue; however, with plans of return. (*See* Attachment 1)

Plaintiff, who is neither an attorney, nor a legal professional, unlike the Defendant's legion of rotating highly skilled legal professionals over the decade, remains to date vulnerable without appointment of counsel, as *timely* she had legitimately requested via **The Civil Pro Bono-Panel in accordance with local civil rule 83** (*See* Attachment 2); however, without legal counsel representation, to the best of her abilities, she *timely* and cooperatively facilitated her two above-cited federal civil cases to date, to the best of her abilities in order to help facilitate efficacy in the court's judicial administration, save the tax paying public money by requesting mediation by seeking early mutually satisfactory dispute resolution of her legitimate asserted claims, and in spite of the unreasonable prejudicial delay, Plaintiff, Pro se, "indigent" continues to seek these aspirational constitutional goals designed for this court, especially given Plaintiff's highly foreseeable worsening conditions, as she *timely* noticed this court – even from afar, albeit, living temporarily, And while Plaintiff is mindful even under these conditions, of her responsibility to continue monitoring her two federal civil cases Court Docket records – even from afar, to ensure accuracy of records and to *timely* request and make corrections as



5 | Page

necessary, that may include *timely* **update to contact information, as required,** in order to ensure fluid communications between litigating parties, even under these conditions, as she has always endeavored (*See* Attachment 3)

The Plaintiff has grown weary -- too, as previously expressed, of her *timely* efforts, especially under unduly burdensome financial and unwarranted oppressive conditions, now to include relocation from the proper court's jurisdictional venue; --albeit temporarily, especially when the reported and supported pattern of persistent continuing violations of post-employment scorch earth legal tactical nefarious practices continues, seemingly in design to impugn Plaintiff character, efforts, and reputation – that may include appearance of prefabricated unsuitability issues, to preclude the possibility of employment re-instatement, if this discussion ever ensue. Yet, **Plaintiff still persists**, in hopes that justice –even when long delayed, may exist for her. Hence, see attached Plaintiff's **Change of Mailing Address Form** with latest contact update, as required and has been previously and *timely* amended over the past decade, as historically permissibly allowed. (*See* Attachment 4)

Additionally, Plaintiff respectfully requests and begs this honorable court's indulgence for "excusable neglect" consideration, **if** it should be needed, in the future—especially during relocation from this court's proper jurisdictional venue area, for which would be uncharacteristic of her to not to respond *timely* without bona fide mitigating factors, as review of her accurate court record dockets for her two active federal civil case should currently reflect. (*See* Attachment 5)

**CERTIFICATE OF SERVICE**

I, **Nadra Dunbar**, *timely* certify that a true and accurate copy with all attachments as listed was delivered via U.S. Postal Service and/or other delivery methods as indicated on February 26, 2025 to the following:
1) U.S. District Court for the District of Columbia, 333 Constitution Ave, NW, WDC 20001 Attn: Rm 1225, Office of Clerk via U.S. Postal Service, Attn: Ms. Angela Caesar, Clerk,
2) Sam Escher, Lead Attorney Defendant, and or replacement; to be noticed by Court.
3) Bcc (2)

Respectfully submitted,

___/s/___
Nadra Dunbar, DATE: _Nadra K Dunbar 2/26/2025_
Plaintiff, Pro se in above-cited cased with
updated contact information on form ; previously timely submitted
Feb 26, 2025

6 | Page

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**NADRA DUNBAR**

    Plaintiff, Pro se

vs.                                                                                           Civil Action No. 13-cv-0872

**U.S. DEPARTMENT OF TRANSPORTATION,** (*role of Respondeat Superior*)
    Secretary, United States Department of Transportation
    Defendant

NOTICE OF APPEAL

**Notice** is hereby *timely* given this 30 day of **April 2025,** that hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Count entered on the **31 day of March, 2025** in favor of the United States Department of Transportation, *henceforth referred to as* "Defendant" against said **party,** Nadra Dunbar, Plaintiff, pro se, informa pauperis, *henceforth referred to as* "Plaintiff".

                                          /s/
                                     Nadra Dunbar, Plaintiff, Pro se
                                   Nadra Dunbar, Plaintiff, Pro se Litigant informa pauperus
                                   4101 East 150th Street
                                   Cleveland, OH 44128
                                   (Tel): (240) 761-8275**★
                                   (Email): professionaltalent25@gmail.com*

Pursuant to Rule 4 (a) of the Federal Rules of Appellate Procedures a notice of appeal in a civil action must be filed within **30 days** after the date of entry of judgment or **60 days** if the United States or officer or agency is a party)

Pursuant to Federal Rule of Civil Procedure 25(d), the court has updated the caption in its Memorandum Opinion, dated March 31, 2025 to reflect the current Secretary of Transportation Sean Duffy

★ Plaintiff, Pro se - indigent, in good-faith due diligence, was unsuccessful in submitting via e-filing electronically, after numerous reasonable attempts; however, sent via U.S. Postal deliveries, timely; to include last (duplicative) U.S. Postal attempts, as reasonably Timely. Newest cellphone contact number may become inoperable; however (216) 921-7410 (Karalene) is on standby to notify.

[7/11]

VERIFICATION OF TIMELY DELIVER DOC POSTMARKED UNITED STATES POSTAL SERVICE (WEIGHT (8) DOCUMENT PACKAGE, DATED APRIL 30, 2025, (WITHIN 30 DAY REQUIRED DEADLINE) - **MOTION FOR LEAVE TO PROCEED IFP, AFFADVIT OF FINANCIAL (NOTARIZED) INFORMA PAUPERIS** – REQUESTING COURT TO WAIVER FEES AND OTHER COSTS, **NOTICE OF APPEAL SUBMITTED TO U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA LOCATED AT 333 CONSTITUTION AVENUE, WASHINGTON, DC (JURISDICTION VENUE) AND COURT OF APPEALS FOR THE DISTRICT COURT CIRCUIT (SEE ATTACHED BELOW) TO INCLUDE UPDATED NOTICE OF MAILING CONTACT FORM (AMENDED), DATED APRIL 30, 2025**

Federal Civil Case: 1-13-CV-0872 (Appeal Process) Dunbar vs. Dept. of Transportation, with official capacity, etc.

Memorandum For Record:

I, Nadra Dunbar, Plaintiff, Pro se, "informa pauperis" swears that an eight paged document was timely sent as above cited and referenced in response to the U.S. District Court for the District of Columbia's Memorandum Opinion, dated March 31, 2025, judgment against the Plaintiff, but for the Defendant - Department of Transportation - with official capacity of Secretary of Transportation, as Court updated with newly assigned Secretary of Transportation

Plaintiff's federal civil case #13-CV-0872 was initially filed on June 6, 2013, and permissible Amended (Third Amended) final as filed on and about April 30, 2015, for which this honorable court in error, granted Defendant's Motion For Summary Judgment - a decade later, on March 30, 2025.

Respectfully submitted,
Nadra Dunbar
Plaintiff/Appellant, Pro se, "informa pauperis" (Mailing address contact on court record)

Mailing Address: 4101 East 150th St, Cleveland, OH 44128
Tel number on record: (216) 921-7410 (Landline)
Email: professionaltalent25@gmail.com

(See Attached Back)

Date: May 5, 2025 (resent) and May 8, 2025.

---

USPS Receipt:

UNITED STATES POSTAL SERVICE
GARFIELD HEIGHTS
12401 ROCKSIDE RD
CLEVELAND, OH 44125-9998
(800) 275-8777

04/30/2025                01:49 PM

Sent VIA US Postal Service Tracking Delivery

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg Wa...DC 20001 10 oz Delivery Date ...2025 9400 1150 0106 5120 3004 89 Insurance Up to $100.00 included | 1 | | $5.50 $0.00 $5.50 |
| First-Class Mail Large Envelope Washington, DC 20001 Weight: 0 lb 1.10 oz Estimated Delivery Date Sat 05/03/2025 | 1 | | $1.77 |

Total:                    $7.27
Cash                     $10.00
Change                   -$2.73

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

UFN: 381662-0251 ✓
Receipt #: 840-54400146-1-6951606-2 ✓
Clerk: 21 ✓

8/11

May 5, 2025

United States District Court for the District of Columbia
  Attn: Angela Caesar, Clerk
Office of the Clerk -1225
333 Constitution Avenue, NW
Washington, DC 20001

RE: Federal Civil Case: 13-cv-0872 Memorandum Opinion, dated March 31, 2025 Appeal

Dear Ms. Angela Caesar, Clerk;

  Please be advised that I, **Nadra Dunbar**, formerly Plaintiff, Pro se, informa pauperis, in the above referenced civil case, initially filed at this honorable court over a decade ago on **June 6, 2013** under worsening <u>unwarranted oppressive financial conditions,</u> currently, as *timely* notified this court and all appropriate entities as allowable, am currently still *temporarily relocated* from the court's jurisdiction venue – from the state of Maryland's as a permanent resident -- to the state of Ohio, but in reasonable compliance, *timely* appeals the above referenced Order.

  As previous incidents of persistent appearances of both reprisal and post-employment reprisal activities ensued – including appearances in post-employment, to-date, -- illegal Information Technology (**IT**) electronic obstructions and interferences preventing court-related electronic transmission and communications continues, -- as reported from the onset of Plaintiff's legitimate claims, to this Court and appropriate others. Moreover, Plaintiff's *timely* responses in appeal to **Civil Action Notice: 2013-0872 Memorandum Order, dated March 31, 2025**, as *erroneously* expressed solely as *Dunbar v. Buttigieg*, rather than *Dunbar v. Department of Transportation*, (role of *Respondeat Superior*) <u>and</u> within official capacity, as named, Secretary of Transportation, [as former Secretaries of Transportation have been substituted over the course of the past decade, pursuant to Plaintiff's new requested substitution update].

  Plaintiff *respectfully* requests, the court to excuse her late filing – albeit few days delayed – as may be described and attributable to jurisdictional untimeliness (**Notice of Appeal,** etc.) due to **excusable neglect** with a former request made in motion as attached to include with Plaintiff's previously submitted, **Motion to Proceed IFP** requesting waiver of filing fees and other costs, attached with **a notarized** Financial Affidavit, as submitted via U.S. Postal service delivery to both the <u>U.S. District Court for the District of Columbia and the U.S. District Court of Appeal Circuit</u> with required application(s) and other documentation. Furthermore, Plaintiff's submitted U.S. Postal Service delivery of her 8 paged, **Notice of Appeal** package, <u>last</u> dated and submitted on **April 30, 2025**, with scheduled delivery projected on Saturday, May 2, 2025, but as of today, **May 5, 2025**, USPS online tracking receipt holds no record of its delivery and/or status update availability, (*See.* **Attachment 1A & 1B**)

  Further, as this court appointed, informa pauperis litigant, (*See* Plaintiff's related-case, 1-23-1923, filed July 3, 2023), she currently is still experiencing dire and extreme financial situation, as her submitted **notarized Financial Affidavit** status attests, legitimately inferring the unduly financially burdensome challenges Plaintiff's appeal creates -- with cost for document creation, postal service delivery costs, accessibility to reliable, intruded computer/technologies, coupled with transportation costs to access legitimate resources and legal assistance needed to affectively prepare a response, if possible -- to the midst of navigating tactical and addressing malicious egregious, post-employment reprisal incidents, seemingly. In continual good faith efforts; however, Plaintiff – as best as possible, sought reasonable alternatives to overcome unwelcomed electronic intrusions as well as mitigate undesirous and obstructive electronic and other interferences, best as possible, (i.e. use of libraries computer network system with free and/or low-cost document printings when able, etc.)

  **Wherefore,** Plaintiff's attached leave for motion request and motion for excusable neglect consideration due to the unforeseeable extension of time Plaintiff needed to deliver (and resend jurisdictional) *timely* **Notice of Appeal**, etc. <u>always</u> in effort to comply with court's deadlines, even under unreasonable and extenuating circumstances aforementioned conditions were described and previously noticed this honorable court. Thereby, Plaintiff seeks reasonable relief and consideration.

*Respectfully submitted,*

/s/ *Nadra Dunbar*　　DATE: May 5, 2025
Nadra Dunbar, Plaintiff, Pro se informa pauperis, (Tel): 216-921-7410; Email: professionaltalent25@gmail.com;
4101 East 150th Street, Cleveland, OH 44128; (mailing address contact on record). (*See.* Motion attachment)

Leave, Pg. 1

(9/11)

*U.S. District Court of DC — electronic submission*

☐ ASCII Format E-mailed

☐ PDF Format E-mailed

Select all that apply to this order.

Notice *

⦿ I agree to and understand the following

**Delivery time begins on the date the order is confirmed by the official reporter or transcriber. By clicking submit below, you are agreeing to pay for the produced transcript(s) at the rates set by the Administrative Office of the U.S. Courts. Please indicate in the Additional Instructions box below if you would like to receive an estimate prior to the start of the transcript production.**

Additional Instructions

This order is "dependent" upon whether or not Plaintiff, Pro se -informa pauperis, is granted leave to proceed as IFP in her appeal process as timely submitted on April 30, 2025 via U.S. Postal Service delivery with tracking number of delivery verification to include with require forms and affidavit of financial status to appropriate courts, etc. -- to include fee waiver, IFP status to proceed to appeal timely requested and noticed to all parties, with Notice of Appeal form submitted and timely dated.

For example, to request an estimate of the cost of the transcript.

CAPTCHA

This question is for testing whether or not you are a human visitor and to prevent automated spam submissions.



☐ I'm not a robot

reCAPTCHA
Privacy - Terms

Submit — *successfully submitted electronically 5/5/25*

10/11

## CERTIFICATE OF SERVICE

I, **Nadra Dunbar,** Plaintiff/Appellant in the Federal Civil case 1-13-cv-0872, located at the U.S. District Court for the District of Columbia located in Washington, DC, *timely* **certify** that a true and accurate copy was sent to the following entities and individuals on **May 8, 2025** in reference to this court's Order, Memorandum Opinion, dated March 31, 2025 that in error granted the United States Department of Transportation or "Defendant" Motion for Summary Judgment, for which the Plaintiff/Appellant, *reasonably* timely appeals as sent and properly notice to the following:

1. U.S. District Court for the District of Columbia
   **Attn: Ms. Angela Caesar, Clerk – Office of the Clerk**
   333 Constitution Avenue, Rm 1225, NW
   Washington, DC 20001

2. U.S. District Court of Appeals Circuit    (Resent 5/8/2025)
   **Attn: Office of the Clerk/Judge in Chambers**
   430 E St, NW
   Washington, DC 20001

3. Mr. Sam Escher, Esq – Lead Team Attorney for Defendant /Team or <u>New Lead</u>
   DOJ – USAO
   601 D Street NW
   #7.1527
   Washington, DC 20530
   (Tel): 202-252-2531
   Email: Sam.escherusdoj.gov

*Respectfully submitted,*
/s/ Nadra Dunbar
Plaintiff/Appellant, Pro se – indigent
4101 East 150th Street (mailing address)
Cleveland, OH 44128

Tel: 216-921-7410 (landline)
Email: professionaltalent25@gmail.com
Date: May 8, 2025

May 24, 2025

U.S. Court of Appeals for the Federal Circuit
717 Madison Pl, NW
Washington, DC 20439
(Tel) (202) 275-8000
Attn: Office of the Clerk

Timely duplicate sent via:
U.S. Postal Service-Certified
9589 0710 5270 1823 9745-01
USPS Tracking No#
9402 9012 4122 4076 91

Sent 05/24/2025

RECEIVED
JUN -9 2025
United States Court of Appeals
For the Federal Circuit

REFERENCE: APPEAL (U.S. District Court for the D.C. Federal Civil Case 1:13-CV-0872), filed June 6, 2013, initially, Nadra Dunbar, Plaintiff's Pro se-in forma-pauperis, "Plaintiff/Appellant" or Plaintiff" federal civil-case 1:13-CV-0872's Order, dated March 31, 2025, granting Motion for Summary Judgment (MSJ) for the Defendant, "Department of Transportation/Respondent Superior) & within capacity of the Secretary, U.S. Dept of Transportation (See Attachment I)

Dear U.S. Courts of Appeals for the Federal Circuit Office of the Clerk:

A couple of days ago, I had the pleasure to contact your Office of the Clerk and spoke with your Clerk's Office staff in pursuit of ascertaining the proper jurisdictional court venue to timely file an Appellant Brief - as allowed, pursuant to the above-referenced matter, involving my recent U.S. District Court for the District of Columbia's Judgment Order, dated March 31, 2025, in error granting the Defendant's Motion for Summary Judgment, - over a decade ago, as legitimately filed and claimed at the District Court on June 6, 2013. (See Attachment I.)

Gratefully, your office staff brief research, on my behalf discovered at the time of inquiry, that your Appeal's Court with limited jurisdictional review capacity, noted that my timely submitted (several times, in several dates), had not been transmitted to its Court's Review, thereby, recommending that I contact the U.S. District Court for the D.C. ~~Federal Civil~~ about this matter - for which, I attempted on previous occasions with no response, compelling me to contact your Court's office. (See Attachment I)

Fortuitously, after I contacted your office - in this same day, I was able when I telephone DC office to (District Court's Clerk's) discuss this matter, its staff advised me that on May 2, 2025, May 3, 2025 (thus far) received my timely submitted requests sent duplicatively to ensure U.S. Postal Service delivery without unexpected captions and interruption.

Additionally, the staff advised me that my waiver to proceed informal pauperis to proceed/waiver was granted, etc, but could not advised me when these permissions would be timely granted to the appropriate Court to proceed. to ensure my timely reasonable response within to jurisdictional deadline of 60 days, as required. Hence, once-again, as a "Pro se - informa pauperis" - I am left vulnerable in my continuous due diligent, earnest efforts defense, as dutifully reasonably practiced over the past decade.

Even under these unreasonable conditions, please know I appreciate your office assistance in this most urgent matter.

Respectfully Submitted,
Nadra Dunbar, Plaintiff/Appellant, Pro se. "informa pauperis"
(temporarily relocated as advised) — 4101 East 150th St. Cleve, OH 44128 (mailing address on record)
— 13554 Sherwood Circle, Garfield Hts (residential mailing address on record)
(Tel) - (216) 921-7410 (telephone number on record)
(as consistently reported)

Certificate of Service

I, Nadra Dunbar, certify the following correspondence, date May 24, 2025 with 11 page Attachment 1, dated May 8, 2025 via U.S. Postal Service delivery, in timely notification to the following under conditions described:

(1) U.S. District Court for the District of Columbia \ U.S. District Court of Appeals
Attn: Ms. Angela Caesar, Clerk, Office of the Clerk
333 Constitution Ave. Rm 1225, NW, WDC 20001
(via U.S. Postal Service — Please note AFTER I contacted your Appeals court's received callback with left message from U.S. District Court for DC

(2) U.S. District Court of Appeals Circuit
Attn: Office of the Clerk / Judge in Chambers, 430 E St. NW
WDC, 20001

(3) Mr. Sam Escher / New Lead for Defendant (DOJ)
601 D Street N.W. #7 1527, Washingtn. DC 20530
sam.escher@usdoj.gov

Respectfully Submitted
Nadra Dunbar
Plaintiff / Appellant, Pro se-indigent
Date: May 24, 2025.

* Please note: Plaintiff still under oppressive condition — both physical/financial was able to using due to unexpected nominal gift financial ~~support~~

13554 Sherwood Circle
Garfield Heights, OH 44125

U.S. Courts of Appeals for the Federal Circuit
717 Madison Pl, NW - Attn: Office of the Clerk
Washington, DC 20439



**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CAPITAL DISTRICT 208
11 JUN 2025 PM 2 L



$0.97
US POSTAGE IMI
FIRST-CLASS
063S0009865999
FROM 20439

United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue NW
Washington, DC 20001

20001-282550